U.S. DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Fort Pierce Division)

ANGELA WILKINSON,                                         CASE NO:  2:19-cv-14484-RLR

    Plaintiff,

vs.

CITY OF FORT PIERCE,

    Defendant.

_____/

**MEDIATION REPORT AND NOTICE OF SETTLEMENT**

    Ellen Leesfield, the mediator in this case, hereby submits the following Mediation Report:

    On November 12, 2020, counsel and the parties in the above-referenced case convened via video conference (ZOOM), for a mediation conference in this case.

    1.    All parties were present for the mediation.

    2.    The parties reached a settlement, and the mediation was concluded.

    I HEREBY CERTIFY that a true copy of the foregoing was transmitted electronically on November 13, 2020 to all parties of record.

    Respectfully submitted,

_/s/ Ellen J. Leesfield_
ELLEN LEESFIELD, Mediator
(Florida Bar No. 278793)
201 Alhambra Circle, Suite 1205
Coral Gables, FL.  33134