U.S. DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Fort Pierce Division)

**ANGELA WILKINSON,**           CASE NO: 2:19-cv-14484-RLR

    **Plaintiff,**

vs.

**CITY OF FORT PIERCE,**

    **Defendant.**
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this action, acting through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the dismissal with prejudice of this action, with each party to bear their own costs and attorney's fees.

| | |
|---|---|
| ___/s/Karen C. Amlong,_____ | ___/s/Patricia M. Rego Chapman_____ |
| KAREN C. AMLONG, ESQ. | PATRICIA M. REGO CHAPMAN, ESQ. |
| Florida Bar No. 275565 | Florida Bar No. 085309 |
| Amlong & Amlong, P.A. | DOUGLAS T. NOAH, ESQ. |
| 500 Northeast 4th Street, 2nd Floor | Florida Bar No. 0863970 |
| Ft. Lauderdale, FL 33301 | Dean, Ringers, Morgan & Lawton, P.A. |
| Tel: 954-462-1983 | P.O. Box 2928 |
| kamlong@theamlongfirm.com | Orlando, FL 32802 |
| Attorneys for Plaintiff | Tel: 407-422-4310 |
| | pchapman@drml-law.com |
| | dnoah@drml-law.com |
| | Attorneys for Defendant |

**I HEREBY CERTIFY** that on March 16, 2021, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing

to Karen Coolman Amlong, Esquire, Amlong & Amlong, P.A., 500 Northeast 4th Street 2nd Floor, Ft. Lauderdale, FL 33301.

                                            */s/Patricia M. Rego Chapman*
PATRICIA M. REGO CHAPMAN, ESQ.
Florida Bar No. 085309
DOUGLAS T. NOAH, ESQ.
Florida Bar No. 0863970
Dean, Ringers, Morgan & Lawton, P.A.
Post Office Box 2928
Orlando, Florida 32802-2928
Tel:  407-422-4310    Fax:  407-648-0233
PChapman@drml-law.com
DNoah@drml-law.com
Attorneys for Defendant